Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 09−15285−jps**

**In re:**

| | |
|---|---|
| Danne Rae Davison | Traci Patrice Davison |
| 51817 Betts Rd. | 51817 Betts Rd. |
| Wellington, OH 44090 | Wellington, OH 44090 |

**Social Security No.:**

xxx−xx−4773                                                                xxx−xx−4496

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Craig H Shopneck is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 13 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** June 13, 2013                                              **BY THE COURT**
Form ohnb136                                                            /s/ Jessica E. Price Smith
                                                                                    United States Bankruptcy Judge